■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JANKU MOSESKU, Appellant, v SIDONIA MOSESKU, Respondent.—In a habeas corpus proceeding to determine custody of the infant issue of the parties, the petitioner father appeals from a judgment of the Supreme Court, Queens County (Kassoff, J.), dated July 3, 1985, which, after a hearing, dismissed the writ, granted custody of the child to the respondent, the child's mother, and granted the petitioner certain visitation.

Ordered that the judgment is affirmed, without costs or disbursements.

The hearing on the issue of custody presented sharp issues of credibility, and, upon this record, we find that the court's determination of custody is adequately supported by the record *(People ex rel. Mollo v Mollo,* 110 AD2d 686). Bracken, J. P., Lawrence, Eiber and Spatt, JJ., concur.

(January 30, 1987)

■ In the Matter of IRVING MANDELL, a Suspended Attorney, Petitioner.—Application by petitioner, Irving Mandell, a suspended attorney and counselor-at-law, whose period of suspension has expired, for reinstatement to the Bar of the State of New York and to have his name restored to the roll of attorneys and counselors-at-law.

The matter is referred to the Committee on Character and Fitness for the Second Judicial Department to investigate and report its findings on (1) whether the petitioner complied with this court's order of suspension and (2) whether petitioner presently possesses the character and fitness requisite to an attorney and counselor-at-law.

The application for reinstatement will be held in abeyance pending the Committee's report. Mollen, P. J., Mangano, Thompson, Bracken and Eiber, JJ., concur.